The People of the State of New York, Respondent,
against
Barry Adelman, Appellant.




Barry Adelman, appellant pro se.
Goshen Village Attorney (David Donovan of counsel ), for respondent (no brief filed).

Appeal from a judgment of the Justice Court of the Village of Goshen, Orange County (Rory K. Brady, J.), rendered June 24, 2015. The judgment convicted defendant, after a nonjury trial, of failing to signal, and imposed sentence.




ORDERED that the judgment of conviction is affirmed.
Following a nonjury trial, defendant was convicted of failing to signal (Vehicle and Traffic Law § 1163 [a]). Defendant filed an affidavit of errors alleging, among other things, that the verdict was against the weight of the evidence because he did not have to signal a lane change as the road in question had no painted lines delineating lanes. The court stated in its return, by which this court is bound (see People v Prior, 4 NY2d 70, 73 [1958]), that it had considered defendant's claim but found that defendant, without signaling, had veered into the lane of traffic of the vehicle the complaining officer was driving, causing the officer to take evasive actions to avoid a collision. Upon an independent review of the record, we find that the verdict was not against the weight of the evidence (see People v Romero, 7 NY3d 633 [2006]).
Since defendant's remaining contentions are dehors the record or raised for the first time [*2]on appeal, we do not consider them (see People v Anghel, 44 Misc 3d 134[A], 2014 NY Slip Op 51158[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2014]).
Accordingly, the judgment of conviction is affirmed.
RUDERMAN, J.P., TOLBERT and GARGUILO, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: January 17, 2019